*Gray Thoron* was with them in No. 361. Reported below: 129 Ct. Cl. 365, 124 F. Supp. 378.

No. 29, Misc. MONAGHAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 38, Misc. NEAL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 40, Misc. VERCELES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 51, Misc. VERRICO *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied. *Ralph L. Fusco, Julius A. Feinberg* and *Philip J. Mylod,* Deputy Attorneys General, for respondents.

No. 77, Misc. LANGER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 80, Misc. DeLEVAY *v.* MILLER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 83, Misc. IN RE FLETCHER. C. A. 4th Cir. Certiorari denied.

No. 99, Misc. FARMER *v.* SKEEN, WARDEN. C. A. 4th Cir. Certiorari denied.